UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATONIA CURRY,

    Plaintiff,

v.                                    Case No. 11-13989

EXPERIAN CREDIT BUREAU,

    Defendant.
                                             /

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On October 13, 2011, the court issued an order requiring Plaintiff Latonia Curry to show cause why this case should not be dismissed without prejudice for lack of prosecution and for failure to maintain accurate contact information pursuant to the local rules. *See* E.D. Mich. LR 11.2, 41.2. Rather than respond to the court's order, Plaintiff faxed in a document which appears to be a notice of voluntary dismissal. Accordingly,

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE for the reasons stated in the court's October 13, 2011 order and, further, pursuant to Federal Rule of Civil Procedure 41(a)(1)(B).

                                                         s/Robert H. Cleland
                                                         ROBERT H. CLELAND
                                                         UNITED STATES DISTRICT JUDGE

Dated: October 31, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 31, 2011, by electronic and/or ordinary mail.

                                                        s/Lisa Wagner
                                                       Case Manager and Deputy Clerk
                                                       (313) 234-5522